# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  11-cr-00173-MSK-01 |
| CARLOS AGUERO | USM Number:  05882-707 |
| | Scott Varholak, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 4, 5 and 6, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | VIOLATION OF THE LAW | 05/30/2011 |
| 2 | FAILURE TO PARTICIPATE IN TREATMENT AS DIRECTED (TESTING) | 08/15/2011 |

   The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 14, 2012
Date of Imposition of Judgment

*/s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, U.S. District Judge
Name & Title of Judge

August 20, 2012
Date

DEFENDANT:  CARLOS AGUERO
CASE NUMBER:  11-cr-00173-MSK-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | POSSESSION AND USE OF A CONTROLLED SUBSTANCE | 07/01/2011 |
| 4 | POSSESSION AND USE OF A CONTROLLED SUBSTANCE | 11/28/2011 |
| 5 | FAILURE TO COMPLY WITH THE RULES AND REGULATIONS OF THE RESIDENTIAL REENTRY CENTER (RRC) | 03/11/2012 |
| 6 | FAILURE TO RESIDE IN THE RESIDENTIAL REENTRY CENTER (RRC) | 03/19/2012 |

DEFENDANT:  CARLOS AGUERO
CASE NUMBER:  11-cr-00173-MSK-01                                                                 Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months.

Recommendations to BOP: It is recommended that defendant be credited for 121 days credit of time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

 

 

 

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

 

                                               UNITED STATES MARSHAL

By_____
                                                Deputy United States Marshal